UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRIPOINT GLOBAL EQUITIES, L.L.C., A
Maryland limited liability company, in its capacity
as collateral agent for CIP, L.L.C., a Kansas limited      Case No.1:13-cv-1030 (DLC)
company and CARL W. GROVER,

               Plaintiff,                    NOTICE OF MOTION

    -against-

ANTONIO R. FASOLINO, FASOLINO FOODS
USA, INC, FASOLINO FOODS CO., INC.,
FASOLINO ENTERPRISES, INC. and
FASOLINO WINE & SPIRITS, INC.,

               Defendants,
-------------------------------------------------------------x

ANTONIO R. FASOLINO, FASOLINO FOODS
USA, INC, FASOLINO FOODS CO., INC.,
FASOLINO ENTERPRISES, INC. and
FASOLINO WINE & SPIRITS, INC.,

               Third-Party Plaintiffs,

    -against-

CARL W. GROVER, WILLIAM MOORE, CIP,
HUNTER, TAUBMAN AND WEISS, LLP.,
STEVEN WEISS, ESQ., AND SUNFLOWER
CAPITAL, LLC.,

               Third-Party Defendants.

-------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration Barry Jacobs, Esq., dated

July 9, 2013, together with the exhibits annexed hereto that the Third-Party defendants, HUNTER

TAUBMAN AND WEISS, LLP. and STEVEN WEISS, ESQ., will move this Court before the

Honorable Denise Cote, at the Courthouse for the Eastern District of New York, located at 225

Cadman Plaza, Brooklyn, New York, on a date and time to be determined by the Court, pursuant to the Federal Rules of Civil Procedure and the Local Rules, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 14, to dismiss the Third-Party Complaint against them, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 12, 2013

                         ABRAMS, GORELICK, FRIEDMAN &
                         JACOBSON, LLP
                         Attorneys for

                         By:___/s/_____
                             Barry Jacobs, Esq. (BJ-0216)
                         One Battery Park Plaza -4th Floor
                         New York, New York  10004
                         (212) 422-1200
                         File No.: 14282

TO:    **Marshall Clinton Turner**
        Husch Blackwell Sanders, LLP (St. Louis)
        190 Carondelet Plaza
        Suite 600
        St. Louis, MO 63105-3441

        **Vincent Savino Verdiramo**
        Verdiramo & Verdiramo, P.A.
        3163 Kennedy Boulevard
        Jersey City, NJ 07306

        **Gary Lee Mason**
        Klafter & Mason, L.L.C.
        195 Route 9 South, Suite 204
        Manalapan, NJ 07726